UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK FORZIANO and ROSEANN
FORZIANO as parents and Article 17A
co-guardians of PAUL FORZIANO, NORMAN
SAMUELS and BONNIE SAMUELS as parents
and Article 17A co-guardians of HAVA
SAMUELS, PAUL FORZIANO and HAVA
SAMUELS,

                Plaintiffs,

- against -

**JUDGMENT**
CV-13-0370 (LDW)

INDEPENDENT GROUP HOME LIVING
PROGRAM, INC., MARYHAVEN CENTER
OF HOPE, INC., and COURTNEY BURKE,
sued herein in her official capacity as the
COMMISSIONER OF THE NEW YORK
STATE OFFICE OF PERSONS WITH
DEVELOPMENTAL DISABILITIES and
STATE OF NEW YORK,

                Defendants.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on March 26, 2014, granting Defendants' motions to dismiss, dismissing Plaintiffs' Amended Complaint in its entirety, and directing the Clerk of Court to mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiffs take nothing of Defendants; that Defendants' motions to dismiss are granted; that Plaintiffs' Amended Complaint is dismissed in its entirety; and that this case is hereby closed.

Dated:  Central Islip, New York
         March 31, 2014

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT

                                  By:    /s/ Catherine Vukovich
                                                        Deputy Clerk